IN THE UNITED STATES DISTRICT COURT FOR **RECEIVED**
THE MIDDLE DISTRICT OF ALABAMA

Daniel Rashad Martin 320891 )
**Full name and prison number** )
**Of Plaintiff(s)** )
)
**v.** )
)
Ronnie J. Sheppard )
_____ )
_____ )
_____ )
_____ )
_____ )
_____ )
**Name of person(s) who violated** )
**Your constitutional rights.** )
**(List the names of all** )
**persons.)** )

2020 JUL 16  P 12: 40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 2:20-cv-502-ECM-SRW
(To be supplied by Clerk of
 U.S. District Court)

I.   **PREVIOUS LAWSUITS**

A.   **Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   YES ( )  NO ( ✓ )**

B.   **Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )    NO ( ✓ )**

C.   **If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)**

1.   **Parties to this previous lawsuit:**

**Plaintiff(s)** _____

_____

**Defendant(s)** _____

_____

2.   **Court )if federal court, name the district; if state court, name the county)** _____

_____

1

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Limestone Correctional Facility_

_____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Kilby Correctional Facility_

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| 1. _Ronnie T. Sheppard_ | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _May 7th 2020_

_____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Officer Sheppard assaulted me in my head, along the left side of my body_

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)**

On May 7th 2020 officer sheppard hit me multiple times in my head to my legs and I have marks to prove it with a metal rod. I am a closed custody inmate and was not a threat in any way. He wouldnt stop until other officers arrived. E-wing 3:50 pm.

**GROUND TWO:** _____

_____

**SUPPORTING FACTS:** _____

_____

_____

_____

_____

_____

**GROUND THREE:** _____

_____

**SUPPORTING FACTS:** _____

_____

_____

_____

_____

_____

**VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.**

I want reasonable compensation and an early release. all medical bills paid by officer sheppard and him fired so no other inmate should suffer how I have.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  6-26-20 _____.
                (Date)

_Mitchell Wade McElliott_
ny comm exp 5-6-23

_____
Signature of plaintiff(s)

4

iel Rashad Martin AIS # 320891
estone Correctional Facility
779 Nick Davis Rd.
rvest, AL 35749


02 1P
0000908525
MAILED FROM ZIP CODE 35749


02 1P
0000908525      JUL 14 2020
$ 000.50⁰
MAILED FROM ZIP CODE 35749


LEGAL MAIL

United States District Court
office of the clerk
one-church st. suite-B-110
Montgomery, AL 36104-9013

36104-401801